# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSHA E. LEWIS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-2935 |
| | : | |
| GENESIS HEALTHCARE CORP., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this   24th    day of __October__, 2011, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 14) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Defendant's motion is **GRANTED** as to Plaintiff's claims of disability discrimination (discriminatory termination and failure to accommodate) under the ADA and the PHRA.

- Defendant's motion is **DENIED** as to Plaintiff's claim of age discrimination under the ADEA and the PHRA.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: